UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

CASE NO.

MAERSK, INC, as agents for A.P.
MOLLER-MAERSK, A/S
    Plaintiff,

vs.

SUN AMERICA IMPORTS, LLC
And DREW KISLIN
    DefendantS.

_____/

CIVIL COMPLAINT
IN ADMIRALTY

Plaintiff, MAERSK, INC., as agents for A.P. MOLLER-MAERSK, A/S by its attorneys, WALTON LANTAFF SCHROEDER & CARSON, as and for its Complaint against Defendants, SUN AMERICA IMPORTS, LLC AND DREW KISLIN, in personam, in a cause of action civil and maritime, alleges upon information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Ocean Shipping Reform Act of 1999, 46 U.S.C. App. Section 1701, et seq.

2. At all times hereinafter mentioned, Plaintiff, MAERSK, INC., as agents for A.P. MOLLER-MAERSK, A/S was and still is a corporation organized and existing under the laws of the State of Delaware, with offices and a place of business at 9300 Arrowpoint Blvd., Charlotte, N.C. 28273.

3. Upon information and belief and at all times hereinafter mentioned, defendant SUN AMERICA IMPORTS, LLC was and still is a limited liability

1

corporation organized and existing under the Laws of the State of Florida, with offices and a place of business at 2230 SW 2nd Street, and 675 SW 12th Avenue, Pompano Beach, Florida 33069, with an agent for service, Fred C. Cohen, at 712 US Highway One, Suite 400, North Palm Beach, Florida 33400.

4. Upon information and belief and at all times hereinafter mentioned, defendant DREW KISLIN was and still is a natural person and resident of the State of Florida, residing at 8683 Sawpine Rd., Delray Beach, Florida 33446, and is the Owner and Principal of the corporate defendant.

### AS AND FOR A FIRST CAUSE OF ACTION AGAINST SUN AMERICA IMPORTS, LLC

5. Plaintiff repeats, reiterates and realleges each and every allegation contained in Paragraphs 1-3, supra, with the same force and effect as if fully set forth herein at length.

6. From on or about December of 2012 to the present, defendant was the consignee and receiver of goods shipped on Plaintiff's Vessels on a number of occasions, from the Ports of Loading to the Ports of discharge, in consideration of which defendant was required to remit ocean freight and related charges, calculated pursuant to plaintiff's tariff and Service Contract, in the amount of $44,383.01, pursuant to the Account Statement Open Balance dated February 20, 2015, annexed hereto as Ex. A.

7. Thereafter, the goods were carried to the Ports of destination and delivered to Defendant and/or its agents.

8. Plaintiff has performed all acts required to be performed by Plaintiff.

9. Defendant has failed and refused, and continues to fail and to refuse, to remit the $44,383.01 due.

10. By reason of the foregoing, plaintiff has been damaged in the amount of $44,383.01

## AS AND FOR A SECOND CAUSE OF ACTION AGAINST DEFENDANT DREW KISLIN

11. Plaintiff repeats, reiterates and realleges each and every allegation contained in Paragraphs 1-4, and 6-11, supra, with the same force and effect as if fully set forth herein at length.

12. Pursuant to Bill of Lading terms and Conditions, defendant DREW KISLIN, as the principal of the corporate defendant, is jointly and severally liable for the ocean freight and related charges due.

13. Plaintiff has performed all acts required to be performed by Plaintiff.

14. Defendant has failed to remit the $44,383.01 due.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and reasonable attorney's fees.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff has such other and further relief in the premises as in law and justice it may be entitled to receive.

                James T. Armstrong, Esquire
                Florida Bar No. 299685
                jarmstrong@waltonlantaff.com
                WALTON LANTAFF SCHROEDER & CARSON
                9350 Financial Centre, 10th Floor
                9350 South Dixie Highway
                Miami, FL 33156
                Telephone: 305-671-1300
                Fax No.    305-670-7065
                Attorney for Plaintiff

OF COUNSEL:
LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

# MAERSK LINE

9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136
USA

## Account Statement Open Item

SUN AMERICA IMPORTS
2230 SW 2ND ST
POMPANO BEACH FL 33069
USA

Attention:   Accts Payable

Statement Issue Date:   02-20-2015
Account Number:   US00802496
Statement Date:   02-20-2015
Our Contact Person:   Albert Avallone
Our Contact Telephone:

Dear Valued Customer,

According to our records, the balance of your account with our company as of the date shown above is stated below. You are kindly requested to check below invoices and arrange payment to us accordingly.

If payment has already been forwarded for these items, please allow up to 7 days for them to be reflected on your statement.

Should you have any questions, please call or write to our contact mentioned above so that we may assist you in reconciling any discrepancies as soon as possible.

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|------|----------|-----------|--------------|-----------|----------|--------|-----|
| D | IMPORT | 5246457547 | 558950460 | | 12-10-2012 | 01-05-2013 | 3,690.00 | USD |
| D | IMPORT | 5246457544 | 558950508 | | 12-10-2012 | 01-05-2013 | 3,690.00 | USD |
| D | IMPORT | 5246457554 | 558950605 | | 12-10-2012 | 01-05-2013 | 3,690.00 | USD |
| D | IMPORT | 5246457514 | 865678080 | | 12-10-2012 | 01-05-2013 | 3,690.00 | USD |
| D | IMPORT | 5246457555 | 865719167 | | 12-10-2012 | 01-05-2013 | 3,690.00 | USD |
| D | IMPORT | 5246491067 | 559034335 | | 12-18-2012 | 01-12-2013 | 3,690.00 | USD |
| D | IMPORT | 5246491058 | 559034354 | | 12-18-2012 | 01-12-2013 | 3,690.00 | USD |
| D | IMPORT | 5246491059 | 559034379 | | 12-18-2012 | 01-12-2013 | 3,690.00 | USD |
| D | IMPORT | 5246491065 | 559034437 | | 12-18-2012 | 01-12-2013 | 3,690.00 | USD |
| D | IMPORT | 5246491063 | 559034464 | | 12-18-2012 | 01-12-2013 | 3,690.00 | USD |
| D | IMPORT | 5246491062 | 559034488 | | 12-18-2012 | 01-12-2013 | 3,690.00 | USD |
| D | IMPORT | 5246491066 | 559034529 | | 12-18-2012 | 01-12-2013 | 3,690.00 | USD |
| D | IMPORT | 5246491064 | 865753790 | | 12-18-2012 | 01-12-2013 | 3,690.00 | USD |
| D | IMPORT | 3500582147 | 865719167 | | 03-13-2013 | 03-13-2013 | 1,380.50- | USD |
|   | IMPORT | 3410341599 | 865678080 | | 05-07-2013 | 05-07-2013 | 2,181.49- | USD |
| D | IMPORT | 3501724559 | 558950460 | | 08-14-2014 | 08-14-2014 | 25.00- | USD |
| | | | | **Balance Due :** | | | 44,383.01 | USD |



EXHIBIT "A"

**MAERSK LINE**

9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136
USA

# Account Statement Open Item

SUN AMERICA IMPORTS
2230 SW 2ND ST
POMPANO BEACH FL 33069
USA

Attention:   Accts Payable

Statement Issue Date:   02-20-2015
Account Number:         US00802496
Statement Date:         02-20-2015
Our Contact Person:     Albert Avallone
Our Contact Telephone:

| Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Cur |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 44,383.01 | USD |

Information:   D-Item(s) under dispute
Please note that reminder notice fees and interest charges will appear on the reminder notice.

Bank:   Bank of America
Account Information:       Wire Only- ABA: 026009593  Account: 4426928403
                           ACH Only- ABA: 111000012   Account: 4426928403

If paying by check, please remit payment to:
Maersk Line
Attention: Payment Services-3rd Floor South
9300 Arrowpoint Boulevard
Charlotte, NC  28273-8136